# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MYERS,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:12-cv-00198-LJO-GBC (PC)<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE AND DIRECTING PLAINTIFF TO RESUBMIT COMPLAINT<br>(Doc. 10)<br><br>AMENDED COMPLAINT DUE WITHIN FIFTEEN DAYS |

  David Myers ("Plaintiff") is a civil detainee[1] proceeding pro se and in forma pauperis, in this civil rights action pursuant to 42 U.S.C. § 1983. On February 9, 2012, Plaintiff filed his original complaint. Doc. 1. On October 29, 2012, the Court dismissed the complaint for failure to state a claim and gave leave to amend. Doc. 9. On November 9, 2012, Plaintiff filed an amended complaint, however, failed to sign the original complaint. Doc. 10.

  Every pleading, written motion, and any other papers submitted to the court must be signed. Local Rule 131; Fed. R. Civ. P. 11(a). Based on the foregoing, the Court HEREBY ORDERS:

  1. Plaintiff's amended complaint filed November 9, 2012, is ordered to be STRICKEN due to lack of signature (Doc. 10);

  2. The Clerk's Office shall send Plaintiff a civil rights complaint form;

---

[1] Plaintiff does not clearly state that he is a civil detainee, however, his complaint indicates that he is housed at Coalinga State Hospital. Doc. 1 at 1.

1

3. Within fifteen (15) days from the date of service of this order, Plaintiff must file a original complaint curing the deficiencies identified by the Court in this order; and

4. If Plaintiff fails to file an amended complaint in compliance with this order, this action will be dismissed, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

Dated:   November 12, 2012

UNITED STATES MAGISTRATE JUDGE